UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

| | |
|---|---|
| DAVID LEE SMITH, III,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>*Commissioner of SSA,*<br><br>Defendant. | NO. 5:23-CV-00220-MAS |

## JUDGMENT

Consistent with the contemporaneously entered Memorandum Opinion & Order in this case, and pursuant to Sentence Four of 42 U.S.C. § 405(g) the Court **ORDERS** and **ADJUDGES** as follows:

1. The final decision of the Commissioner denying the application of David Lee Smith, III for Supplemental Security Income benefits is **AFFIRMED**;

2. The Clerk is directed to administratively terminate Plaintiff's Brief [DE 13];

3. The above-captioned matter is **STRICKEN** from the Court's active docket.

Entered this 20th of September, 2024.



MATTHEW A. STINNETT
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF KENTUCKY